UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 4:24-MJ-1014-RJ

| United States Of America | ) | JUDGMENT |
|---|---|---|
| vs. | ) | |
| Parker J. Guthrie | ) | |

On April 19, 2024, Parker J. Guthrie appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to three counts of Unlawful Placement or Directing the Placement of Bait, in violation of 16 U.S.C. § 704(b)(2), was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on August 13, 2025, the court finds as a fact that Parker J. Guthrie, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
2. Failure to participate as directed in a urinalysis program.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant's probation is terminated.

This the 14th day of August 2025.

Kimberly A. Swank
U.S. Magistrate Judge